UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Scott Nadeau, | Case No. 23-CV-2011 ADM/DTS |
| Plaintiff, | |
| vs. | |
| City of Golden Valley, Shep Harris, in his individual and official capacities, Tim Cruikshank, in his individual and official capacities, Jessie Smith, in her individual and official capacities, | |
| Defendants. | |

---

### STIPULATION OF VOLUNTARY DISMISSAL OF SHEP HARRIS, TIM CRUIKSHANK, AND JESSIE SMITH

---

The undersigned attorneys hereby advise the Court that Plaintiff Scott Nadeau voluntarily dismisses his claims against Defendants Shep Harris, Tim Cruikshank, and Jessie Smith in the above-entitled cause of action.

IT IS HEREBY STIPULATED BY AND BETWEEN the parties hereto, through their respective undersigned attorneys, that Plaintiff Scott Nadeau's claims against the Defendants Shep Harris, Tim Cruikshank, and Jessie Smith may be, and hereby are, dismissed on their merits and with prejudice, each party to bear their own attorney's fees and costs.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiff Scott Nadeau's claims against the Defendants Shep Harris, Tim Cruikshank, and Jessie Smith may be entered herein.

DATED: January 30, 2024	KELLY & LEMMONS, P.A.

By: *s/ Joseph A. Kelly*
Joseph A. Kelly (#0389356)
Rebecca L. Duren (#0393624)
2350 Wycliff Street, #200
St. Paul, MN 55114
jkelly@kellyandlemmons.com
**ATTORNEYS FOR PLAINTIFF**

DATED: January 30, 2024	FLEMING-WOLFE LAW, P.A.

By: *s/ Julie Fleming-Wolfe*
Julie Fleming-Wolfe (Atty I.D. 175377)
1295 Bandana Blvd N., Ste. 110
St. Paul, MN 55108
jfw@flemingwolfelaw.com
**ATTORNEY FOR DEFENDANT SMITH**

DATED: January 30, 2024	By: *s/ Susan M. Tindal*
Susan M. Tindal, #330875
Ashley M. Ramstad, #402446
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
susan@iversonlaw.com
ashley@iversonlaw.com
**ATTORNEYS FOR DEFENDANTS GOLDEN VALLEY, HARRIS, CRUIKSHANK**