UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Scott Nadeau,                                         Case No. 23-CV-2011 ADM/DTS

             Plaintiff,

vs.

City of Golden Valley, Shep Harris, in his
individual and official capacities, Tim Cruikshank,
in his individual and official capacities, Jessie Smith,
in her individual and official capacities,

             Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff Scott Nadeau voluntarily dismissed his claims against Defendants Shep Harris, Tim Cruikshank, and Jessie Smith in the above-entitled action and the parties entered into a Stipulation of Dismissal With Prejudice (Doc. No. 23).

**IT IS HEREBY ORDERED** that all of Plaintiff Scott Nadeau's claims against Defendants Shep Harris, Tim Cruikshank, and Jessie Smith are **DISMISSED WITH PREJUDICE,** each party to bear its own costs, disbursements and attorney's fees.

Dated: _____                          _____
                                                                               The Honorable Ann D. Montgomery
                                                                               United States District Court Judge